

**FILED**
**DECEMBER 10, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZENON FOROWYCZ,<br>　　　　Plaintiff,<br><br>　vs.<br><br>MEDICARE and ADMINISTAR<br>FEDERAL, INC.,<br>　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**07 C 6945**

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE COLE**

## COMPLAINT

Plaintiff, Zenon Forowycz, by and through his attorney,'Lanre O. Amu, complains against defendants, Medicare and AdminiStar Federal, Inc., as follows:

1. This action arises under the laws of the United States. Jurisdiction exists pursuant to 28 U.S.C. Section 1331.

2. The events or omissions giving rise to this action occured in the Northern District of Illinois. Venue is proper in the Northern District of Illinois, Eastern Division, purusant to 28 U.S.C. section 1391(b).

3. Defendant Medicare is an agency of the United States.

4. Defendant AdminiStar Federal, Inc., is a Medicare Contractor.

5. On or about March 8, 2004, plaintiff, a passenger in a Chicago Transit Authority (CTA) train, fell as the train was moving. As a result of said occurrence, a lawsuit was filed against CTA. CTA denied all liability for plaintiff's fall.

6. Plaintiff lawsuit was compromised for $12,500 with no admission of liability for the fall by CTA. Procurement costs of the settlement total $ 5,166., itemized as follows: $4,166.

for attorney's fees and $1,000 for expenses.

7. Medicare asserted a right of reimbursement of payments it made to healthcare providers who treated plaintiff for injuries related to and unrelated to the said occurrence.

8. A settlement draft in the full amount of the settlemennt was issued by the CTA on November 17, 2006. (Exhibit A). Medicare is a co-payee of the draft. By law, the draft will be invalid six months after its date of issue.

9. Continuously and countless times, from and after November 17, 2006, plaintiff through his counsel, has attempted, without success, to induce defendant Medicare to advise plaintiff as to the amount of Medicare's claim reimbursement from the settlement.

10. Defendants have failed to comply with the applicable statutes and regulations and particularly have failed to comply with applicable time deadlines, including 42 CFR section 433.139(d)(2). Accordingly, Medicare's right of reimbursement should be declared null and void and inoperative in this case.

WHEREFORE, plaintiff prays this Honorable Court (a) find the defendants have failed to comply with the applicable statutes and regulations; (b) declare Medicare's claimed right of reimbursement to be null and void and of no effect; (c) order defendants immediately to endorse any and all settlement drafts on which Medicare is a co-payee; or in the alternative, authorize an officer or agent of the court to endorse the draft on behalf of Medicare.

Respectfully Submitted,

_____

'Lanre O. Amu  
407 S. Dearborn, Suite 1550  
Chicago, Illinois 60605  
(312) 922-1221

'Lanre O. Amu  
Attorney for Plaintiff