**Chicago Transit Authority**

Amalgamated Trust & Savings Bank
Damage Reserve Fund

Check Date: 17-NOV-06

59771

2-340 / 710

File Number: 01817-04 001
Place of Loss: Blue Line-Desplaines/Forest Park
In Full Settlement: of any and all claims arising out of the occurrence of 03/08/04 involving the CTA and its agents or servants

Amount: *****12,500.00

PAY: Twelve Thousand Five Hundred Dollars And 00 Cents******************

TO: ZENON FOROWYCZ, PLAINTIFF
LANRE O. AMU, HIS ATTORNEY
AND MEDICARE
US

Chairman, Chicago Transit Authority
Treasurer, Chicago Transit Authority

TWO SIGNATURES REQUIRED
Please Negotiate Promptly.
This Check Is Not Valid Six (6) Months After Date Of Issue

⑈59771⑈ ⑆071003405⑆ 150002788⑈

PAYEE: THIS IS YOUR RECORD OF PAYMENT, PLEASE DETACH AND SAVE

**Chicago Transit Authority**

Damage Reserve Fund

Check Date: 17-NOV-06
Number: 59771

Court Number: 05L001168
Settlement Number: 2213

Claim Number: 01817-04 001

Amount: *****12,500.00



EXHIBIT A

**07 C 6945**

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COLE**



**CMS**
CENTERS for MEDICARE & MEDICAID SERVICES

MEDICARE - Coordination of Benefits
1-800-999-1118 or (TTY/TDD): 1-800-318-8782



```
**MIXED AADC 720**AUTO- R:8656 T2:00035 P:00226 F:29101     November 29, 2006
LANRE AMU
407 S DEARBORN ST STE 1550
CHICAGO IL  60605-1144
```

DEAR LANRE AMU:

RE: Beneficiary Name: ZENON FOROWYCZ
HIC#: 497384726A

Medicare has been advised that you have been retained to represent the above beneficiary for matters arising out of the above referenced illness/injury. In order to accurately update the beneficiary's records, we need you to confirm the information below. *A prompt response is necessary.*

```
**Employer Name:
**Address:
**Address:
**City:       **State:          **Zip:
Name of Group Health Plan/Insurance Carrier: CTA
Address: 567 W LAKE ST
Address:
City: CHICAGO   State: IL  Zip: 60661
Policy Number: 1817004          **Policy Holder:
**Insurance Type: [___] Hospital Only    [___] Medical Only    [___] Medical and Hospital
**Date Coverage Began:          **Date of Illness or Injury:

**Prescription Drug Group ID:   **Prescription Drug PCN:
**Prescription Drug Member ID:  **Prescription Drug BIN:
```

* Please note that the fields marked with asterisks "*" above indicate that no information is currently on file and should be provided by you on the attached questionnaire.

Medicare acknowledges that you may file a claim and/or a civil action against a third party on your client's behalf, seeking damages for injuries he/she received and medical expenses he/she incurred as a result of the above illness/injury.

To ensure a timely response, please call our toll free customer service line at: 1-800-999-1118 or 1-800-318-8782 for the hearing impaired or use the enclosed questionnaire and courtesy reply envelope to supply us with any information requiring a change to your records. Failure to respond could result in the incorrect payment of medical claims. If the above information reflects the information regarding other insurance coverage, there is no need to re inquiry.

EXHIBIT B

Continued...