AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Zenon Forowycz

     Plaintiff

**SUMMONS IN A CIVIL CASE**

Medicare and Administar Federal, Inc.

     V.

CASE NUMBER: 07 C 6945

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

U.S. Department of Health and Human Services
Office of the General Counsel, Region V
233 N. Michigan Avenue, Suite 700
Chicago, Illinois 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lanre O. Amu
Attorney at Law
407 S. Dearborn, # 1550
Chicago, IL. 60605
312-922-1221

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Zenon Forowycz

        Plaintiff

SUMMONS IN A CIVIL CASE

Medicare and Administar Federal, Inc.

V.

CASE NUMBER: 07 C 6945

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Office of the Attorney General
Main Justice Building
10th and Constitution Avenue, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lanre O. Amu
Attorney at Law
407 S. Dearborn, # 1550
Chicago, IL 60605
312-922-1221

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

BY) DEPUTY CLERK                                                                  DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Zenon Forowycz

        Plaintiff

**SUMMONS IN A CIVIL CASE**

Medicare and Administar Federal, Inc.

        V.

CASE NUMBER: 07 C 6945

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Administar Federal, Inc.
c/o: President
225 N. Michigan Avenue
22nd floor
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lanre O. Amu
Attorney at Law
407 S. Dearborn, # 1550
Chicago, IL 60605
312-922-1221

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____                                 _____
By DEPUTY CLERK                                                                       DATE

O 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Zenon Forowycz

**SUMMONS IN A CIVIL CASE**

Plaintiff

Medicare and Administar Federal, Inc.

V.

CASE NUMBER: 07 C 6945

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Assistant United States Attorney
219 S. Dearborn Street, Room 500
Chicago, Illinois 60604
312-353-5312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lanre O. Amu
Attorney at Law
407 S. Dearborn, # 1550
Chicago, IL 60605
312-922-1221

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

By) DEPUTY CLERK

DATE