UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ZENON FOROWYCZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6945 |
| | ) | |
| v. | ) | Judge Der Yeghiayan |
| | ) | |
| MEDICARE AND ADMINISTAR FEDERAL, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Kathryn A. Kelly
KATHRYN A. KELLY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1994
Kathryn.Kelly@usdoj.gov