IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZENON FOROWYCZ, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MEDICARE and ADMINISTAR FEDERAL, INC., | ) |
|     Defendant(s). | ) |

### PLAINTIFF'S ROUTINE MOTION TO DISMISS

Plaintiff by and through his attorney 'Lanre O. Amu, respectfully moves this court for leave to dismiss this case. In support of this motion plaintiff states as follows:

1. All matters in controversy in the above captioned case have been resolved by agreement ans settlement between the parties.

2. The parties agree that this court retain jurisdiction of this matter in the event that any party fails to execute any necessary document, fulfil any agreed conditions, pay the agreed settlement amount.

**WHEREFORE**, plaintiff moves this Honorable Court to dismiss this case.

Respectfully submitted,

_____
'Lanre O. Amu

'Lanre O. Amu, #34055
407 S. Dearborn, Suite 1550
Chicago, Illinois 60605
Tel: (312) 922-1221