# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6945 | **DATE** | 2/12/2008 |
| **CASE TITLE** | Zenon Forowycz vs. Medicare, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Counsel for plaintiff appeared and reported to the Court that this matter has been resolved. Therefore, the instant action is hereby dismissed with prejudice with each party to bear its own costs and fees. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|